IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | |
|---|---|
| YOGEV SHAT, on behalf of himself and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>SUPREME GARAGE DOOR, LLC and RON DAHARI,<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 3:24-CV-2202-D |

**AGREED ORDER ON JOINT NOTICE OF SETTLEMENT, REQUEST FOR PARTIAL DISMISSAL, AND REQUEST FOR ADMINISTRATIVE CLOSURE**

On this day came on for consideration the Joint Notice of Settlement, Request for Partial Dismissal, and Request for Administrative Closure (Dkt. 25) filed by Plaintiffs, Yogev Shat, on behalf of himself and all others similarly situated, and Defendants, Supreme Garage Door, LLC, and Ron Dahari. Having reviewed the same, the arguments of counsel, the court's docket, and the governing legal authorities, the Court finds the Joint Notice well-taken.

IT IS THEREFORE ORDERED that all class and collective claims brought in Plaintiffs' Original Verified Complaint Collection Action, or Alternatively, Class Action Complaint (Dkt. 1) by Plaintiff, Yogev Shat, on behalf of all other persons similarly situated, are hereby DISMISSED WITHOUT PREJUDICE to re-filing, with all costs and fees as to such claims to be borne by the party incurring the same.

IT IS FURTHER ORDERED that the remainder of this case, namely, all individual claims brought in Plaintiffs' Original Verified Complaint Collection Action, or Alternatively, Class Action Complaint (Dkt. 1) by Plaintiff, Yogev Shat, on behalf of himself, is hereby ADMINISTRATIVELY CLOSED, subject to being reopened on motion of any party or upon the

filing of proposed agreed final disposition papers, as the parties have advised the Court they intend to file and which the Court ORDERS be filed no later than January 31, 2026.

The pending motion to dismiss (Dkt. 15) filed by Supreme Garage Door, LLC is statistically closed.

The clerk of court is directed to close this case statistically, without prejudice to reopening it in accordance with the other provisions of this order.

**SO ORDERED**.

January 28, 2025.

                                                    SIDNEY A. FITZWATER
                                                    SENIOR JUDGE

| Agreed: | Agreed: |
|---|---|
| */s/ Michael R. Steinmark* | */s/ Kenneth N. Hickox, Jr.* |
| **MICHAEL R. STEINMARK** | Kenneth N. Hickox, Jr. |
| State Bar No. 24051384 | State Bar No. 24045194 |
| **BRUCE W. STECKLER** | kh@gardnerhaas.com |
| State Bar No. 00785039 | |
| | 2501 N. Harwood Street, Suite 1250 |
| **STECKLER WAYNE & LOVE, PLLC** | Dallas, TX 75201 |
| 12720 Hillcrest Road, Suite 1045 | Telephone: (214) 712-8280 |
| Dallas, TX 75230 | Facsimile: (214) 712-8259 |
| Telephone: 972-387-4040 | |
| Facsimile: 972-387-4041 | **ATTORNEYS DEFENDANTS** |
| *michael@swclaw.com* | |
| *bruce@swclaw.com* | |

AND

The Kashar Law Firm, P.C.
3010 LBJ Freeway, Ste. 1200
Dallas, TX 75234
(972) 888-6018 - Telephone
(469) 249-9074 - Facsimile
kashar@kasharlaw.com

*/s/ Jennifer Kashar*
By: Jennifer Kashar
State Bar No. 24002074

**ATTORNEYS FOR PLAINTIFFS**